Certificate Number: 05781-VAE-DE-041421872

Bankruptcy Case Number: 26-50601

05781-VAE-DE-041421872

# CERTIFICATE OF DEBTOR EDUCATION

I CERTIFY that on September 8, 2026, at 7:20 o'clock PM PDT, Shikyra Dailey completed a course on personal financial management given by internet by Sage Personal Finance, a provider approved pursuant to 11 U.S.C. 111 to provide an instructional course concerning personal financial management in the Eastern District of Virginia.

Date: September 8, 2026

By: /s/Allison M Geving

Name: Allison M Geving

Title: President